# Third District Court of Appeal

## State of Florida

Opinion filed February 6, 2019.
Not final until disposition of timely filed motion for rehearing.

_____

Nos. 3D18-1707 & 3D18-846

Lower Tribunal Nos. 18-7533 & 18-4

_____

**Bridgé Golde,**
Appellant,

vs.

**Michael Placentra, etc.,**
Appellee.

Appeals from the Circuit Court for Miami-Dade County, Rodney Smith and Reemberto Diaz, Judges.

Bridgé Golde, in proper person.

Pollack, Pollack & Kogan, LLC and Lyudmila Kogan and Maria Kimijima, for appellee.


Before FERNANDEZ, SCALES and LINDSEY, JJ.

PER CURIAM.

Upon consideration of the consolidated appeals, case number 3D17-1807 is affirmed on the authority of Florida Rule of Appellate Procedure 9.315(a) ("After service of the initial brief . . . the court may summarily affirm the order to be reviewed if the court finds that no preliminary basis for reversal has been demonstrated."). As to case number 3D18-846, we affirm without further discussion.